**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Josue C Mendez and Nichole M Mendez<br>              Debtor, | Chapter: 7<br>Case No: 09–45607<br>Judge Melvin S. Hoffman |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby ordered that the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/19/10                                                                By the Court,

                                                                            Melvin S. Hoffman
                                                                            U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: admin              Page 1 of 1              Date Rcvd: Jul 20, 2010
Case: 09-45607                Form ID: odct2           Total Noticed: 1

The following entities were noticed by first class mail on Jul 22, 2010.
tr            +Anne J. White,   Demeo & Associates, P.C.,   One Lewis Wharf,   Boston, MA 02110-3902

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2010**          **Signature:**   *Joseph Speetjens*